**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cr-20479-PCH**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUBEN GARCIA-SALAS,

    Defendant.

_____/

**ORDER ADOPTING AND AFFIRMING R&R AND**
**ADJUDICATING DEFENDANT GUILTY**

**THIS MATTER** is before the Court upon Magistrate Judge Lauren F. Louis's Report and Recommendation ("R&R") on Change of Plea [ECF No. 22], which was entered on January 14, 2026. In the R&R, Magistrate Judge Louis found that the Defendant freely and voluntarily entered a plea of guilty as to Count 1 of the indictment, charging him with illegal reentry after removal, in violation of 8 U.S.C. § 1326(a).

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Count 1 of the indictment, and that a sentencing hearing be conducted for final disposition of this matter. Magistrate Judge Louis advises that Counsel for both Parties indicated a preference to waive the preparation investigation report and that the Government confirmed it will not oppose entry of a sentence to time-served. Accordingly, Magistrate Judge Louis does not recommend a pre-sentence investigation report at this time.

The Court has reviewed Magistrate Judge Louis's R&R, no objections have been filed, and the time to file objections has expired. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count 1 of the Indictment; and (3) a sentencing hearing is set for **Friday, January 23, 2026 at 12:30 PM** before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

**DONE AND ORDERED** in Miami, Florida, on January 20, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record